**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Northern _____ District of Illinois _____
(State)

Case number (*if known*): _____ Chapter 7

☐ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy     04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Permian Basin Railways, Inc. |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** | |
| | Include any assumed names, trade names, and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number (EIN)** | 0 1 – 0 6 8 7 6 4 4 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 1        Parker Place | |
| Number    Street | Number      Street |
| Suite 112 | |
| | P.O. Box |
| Janesville, WI 53545 | |
| City            State    ZIP Code | City              State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Rock | |
| County | Number      Street |
| | |
| | City              State    ZIP Code |

5. **Debtor's website (URL)**     https://www.iowapacific.net/permian-basin-railways.html

| Debtor | Permian Basin Railways, Inc. | Case number *(if known)* |
|---|---|---|
| | Name | |

**6. Type of debtor**

- ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- ☐ Partnership (excluding LLP)
- ☐ Other. Specify: _____

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☑ None of the above

B. *Check all that apply:*

- ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

| 5 | 5 | 1 | 1 |
|---|---|---|---|

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

- ☑ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11. *Check all that apply:*
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11**. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

| Debtor | Permian Basin Railways, Inc. | Case number *(if known)* |
|---|---|---|
| | Name | |

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes.    District _____    When _____    Case number _____
                                          MM / DD / YYYY

         District _____    When _____    Case number _____
                                          MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No

☑ Yes.    Debtor  See attached list of cases _____    Relationship _____

         District _____    When _____
                                                          MM / DD / YYYY

         Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number        Street

_____

_____

City                                    State ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

Debtor   Permian Basin Railways, Inc. _____   Case number *(if known)*_____
_____ Name

| 13. **Debtor's estimation of available funds** | *Check one:* |
|---|---|
| | ☐ Funds will be available for distribution to unsecured creditors. |
| | ☒ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |

| 14. **Estimated number of creditors** | | | |
|---|---|---|---|
| | ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| | ☒ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| | ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| | ☐ 200-999 | | |

| 15. **Estimated assets** | | | |
|---|---|---|---|
| | ☒ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| 16. **Estimated liabilities** | | | |
|---|---|---|---|
| | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| | ☐ $50,001-$100,000 | ☒ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| 17. **Declaration and signature of authorized representative of debtor** | The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. |
|---|---|
| | I have been authorized to file this petition on behalf of the debtor. |
| | I have examined the information in this petition and have a reasonable belief that the information is true and correct. |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 03/15/2021
MM / DD / YYYY

✗ _____   Edwin E. Ellis
Signature of authorized representative of debtor   Printed name

Title President _____

| Debtor | Permian Basin Railways, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

---

**18. Signature of attorney**

✗ /s/ Lars A. Peterson
Signature of attorney for debtor

Date 03/15/2021
MM / DD / YYYY

Lars A. Peterson
Printed name

L&G Law Group LLP
Firm name

175      W. Jackson Blvd., Ste. 950
Number      Street

Chicago                                    IL        60604
City                                        State     ZIP Code

(312) 364-2500                             lpeterson@lgcounsel.com
Contact phone                              Email address

6293551                                    IL
Bar number                                 State

---

**Addendum to Official Form 201 – Voluntary Petition for Non-Individuals Filing for Bankruptcy**

10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?

| Debtor | Relationship | District | When | Case Number |
|---|---|---|---|---|
| Heritage Rail Leasing, LLC | sister company | D. Colo | 8/21/2020 | 20-15606-TBM |
| San Luis & Rio Grande Railroad, Inc. | direct subsidiary | D. Colo | 10/16/2019 | 19-18905-TBM |
| Saratoga and North Creek Railway, LLC | direct subsidiary | D. Colo | 3/30/2020 | 20-12313-TBM |

**Fill in this information to identify the case:**

Debtor name  **Permian Basin Railways, Inc.**

United States Bankruptcy Court for the:  **Northern**  District of  **Illinois**
(State)

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

---

| Part 1: | Summary of Assets |
|---|---|

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B* ............................................................... $ _____ 0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B* ............................................................ $ _____ 0.00

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B* .............................................................. $ _____ 0.00

---

| Part 2: | Summary of Liabilities |
|---|---|

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ............................... $ 11,694,785.01

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F* ........................................ $ 79,673.36

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* ............................. + $ 4,483,929.13

4. **Total liabilities** ............................................................................................................
   Lines 2 + 3a + 3b  $ 16,258,387.50

**Fill in this information to identify the case:**

Debtor name **Permian Basin Railways, Inc.**

United States Bankruptcy Court for the: **Northern** District of **Illinois**
(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property       12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:   Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☑ No. Go to Part 2.
   ☐ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**                                            $_____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

   | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
   |---|---|---|---|
   | 3.1. _____ | _____ | ___ ___ ___ ___ | $_____ |
   | 3.2. _____ | _____ | ___ ___ ___ ___ | $_____ |

4. **Other cash equivalents** *(Identify all)*

   | 4.1. _____ | $_____ |
   |---|---|
   | 4.2. _____ | $_____ |

5. **Total of Part 1**                                         $_____ 0.00

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2:   Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   | 7.1. _____ | $_____ |
   |---|---|
   | 7.2. _____ | $_____ |

Debtor   **Permian Basin Railways, Inc.**                                    Case number (if known)_____
         Name

---

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1._____   $_____

   8.2._____   $_____

9. **Total of Part 2.**

   Add lines 7 through 8. Copy the total to line 81.                          $_____0.00

---

## Part 3:   Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ☑ No. Go to Part 4.

    ☐ Yes. Fill in the information below.

    | | Current value of debtor's interest |
    |---|---|

11. **Accounts receivable**

    11a. 90 days old or less:   _____ – _____ = ........ ➔   $_____
                                face amount        doubtful or uncollectible accounts

    11b. Over 90 days old:      _____ – _____ = ........ ➔   $_____
                                face amount        doubtful or uncollectible accounts

12. **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.       $_____0.00

---

## Part 4:   Investments

13. **Does the debtor own any investments?**

    ☐ No. Go to Part 5.

    ☑ Yes. Fill in the information below.

    | | Valuation method used for current value | Current value of debtor's interest |
    |---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    14.1._____   _____   $_____

    14.2._____   _____   $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:                               % of ownership:

    15.1. Mt. Hood Railroad Company               100 %   _____   $_____0.00

    15.2. San Luis & Rio Grande Railroad, Inc.    100 %   _____   $_____0.00

    (continued on attached rider)

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

    16.1._____   _____   $_____

    16.2._____   _____   $_____

17. **Total of Part 4**

    Add lines 14 through 16. Copy the total to line 83.                          $_____0.00

---

Debtor   Permian Basin Railways, Inc.
_____
Name

Case number (*if known*)_____

## Part 5:   Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| _____ | MM / DD / YYYY | $_____ | _____ | $_____ |
| **20. Work in progress** | | | | |
| _____ | MM / DD / YYYY | $_____ | _____ | $_____ |
| **21. Finished goods, including goods held for resale** | | | | |
| _____ | MM / DD / YYYY | $_____ | _____ | $_____ |
| **22. Other inventory or supplies** | | | | |
| _____ | MM / DD / YYYY | $_____ | _____ | $_____ |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$_____ 0.00

24. **Is any of the property listed in Part 5 perishable?**

☐ No

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value _____  Valuation method_____  Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No

☐ Yes

## Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** | | | |
| _____ | $_____ | _____ | $_____ |
| **29. Farm animals** *Examples*: Livestock, poultry, farm-raised fish | | | |
| _____ | $_____ | _____ | $_____ |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| _____ | $_____ | _____ | $_____ |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | $_____ | _____ | $_____ |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | $_____ | _____ | $_____ |

Debtor  Permian Basin Railways, Inc.                                    number *(if known)*_____
        Name

**33. Total of Part 6.**
    Add lines 28 through 32. Copy the total to line 85.                    $_____0.00

**34. Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

    ☐ No

    ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____  Valuation method _____  Current value $_____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
| --- | --- |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No. Go to Part 8.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| **39. Office furniture** | $_____ | _____ | $_____ |
| **40. Office fixtures** | $_____ | _____ | $_____ |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | $_____ | _____ | $_____ |
| **42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1_____ | $_____ | _____ | $_____ |
| 42.2_____ | $_____ | _____ | $_____ |
| 42.3_____ | $_____ | _____ | $_____ |

**43. Total of Part 7.**
    Add lines 39 through 42. Copy the total to line 86.                    $_____0.00

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☐ No

☐ Yes

Debtor __Permian Basin Railways, Inc._____ Case number *(if known)*_____
      Name

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

- ☑ No. Go to Part 9.
- ☐ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1_____ | $_____ | _____ | $_____ |
| 47.2_____ | $_____ | _____ | $_____ |
| 47.3_____ | $_____ | _____ | $_____ |
| 47.4_____ | $_____ | _____ | $_____ |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1_____ | $_____ | _____ | $_____ |
| 48.2_____ | $_____ | _____ | $_____ |
| **49. Aircraft and accessories** | | | |
| 49.1_____ | $_____ | _____ | $_____ |
| 49.2_____ | $_____ | _____ | $_____ |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| _____ | $_____ | _____ | $_____ |

51. **Total of Part 8.**
    Add lines 47 through 50. Copy the total to line 87.

    $_____0.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
- ☐ No
- ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
- ☐ No
- ☐ Yes

Debtor _____ number _(if known)_____
         Permian Basin Railways, Inc.
         Name

## Part 9:    Real property

54. **Does the debtor own or lease any real property?**

☑ No. Go to Part 10.

☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1_____ | _____ | $_____ | _____ | $_____ |
| 55.2_____ | _____ | $_____ | _____ | $_____ |
| 55.3_____ | _____ | $_____ | _____ | $_____ |
| 55.4_____ | _____ | $_____ | _____ | $_____ |
| 55.5_____ | _____ | $_____ | _____ | $_____ |
| 55.6_____ | _____ | $_____ | _____ | $_____ |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$_____ 0.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No

☐ Yes

## Part 10:    Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>_____ | $_____ | _____ | $_____ |
| 61. **Internet domain names and websites**<br>_____ | $_____ | _____ | $_____ |
| 62. **Licenses, franchises, and royalties**<br>_____ | $_____ | _____ | $_____ |
| 63. **Customer lists, mailing lists, or other compilations**<br>_____ | $_____ | _____ | $_____ |
| 64. **Other intangibles, or intellectual property**<br>_____ | $_____ | _____ | $_____ |
| 65. **Goodwill**<br>_____ | $_____ | _____ | $_____ |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$_____ 0.00

Debtor    Permian Basin Railways, Inc.                                    Case number (if known)_____
         Name

67. **Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C. §§ 101(41A) and 107)?**
   ☐ No
   ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
   ☐ No
   ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
   ☐ No
   ☐ Yes

## Part 11:  All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.
   ☐ No. Go to Part 12.
   ☑ Yes. Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|

71. **Notes receivable**
   Description (include name of obligor)
   _____    _____ – _____ = ➔  $_____
                                  Total face amount   doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

   Description (for example, federal, state, local)
   _____    Tax year _____  $_____
   _____    Tax year _____  $_____
   _____    Tax year _____  $_____

73. **Interests in insurance policies or annuities**
   _____                     $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**
   Unasserted causes of action against Federal Railroad Administration                $_____
   **Nature of claim**    Wrongful failure of FRA to refund credit risk premiums; breach of escrow agreement by FRA
   **Amount requested**    $ at least $2,170,280 plus interest

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**
   _____                     $_____
   **Nature of claim**    _____
   **Amount requested**    $_____

76. **Trusts, equitable or future interests in property**
   _____                     $_____

77. **Other property of any kind not already listed**  Examples: Season tickets, country club membership
   _____                          $_____
   _____                          $_____

78. **Total of Part 11.**
   Add lines 71 through 77. Copy the total to line 90.                $_____0.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
   ☑ No
   ☐ Yes

Debtor   Permian Basin Railways, Inc. _____  Case number (if known)_____
Name

| Part 12: | Summary |

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** Copy line 5, Part 1. | $ 0.00 | |
| 81. **Deposits and prepayments.** Copy line 9, Part 2. | $ 0.00 | |
| 82. **Accounts receivable.** Copy line 12, Part 3. | $ 0.00 | |
| 83. **Investments.** Copy line 17, Part 4. | $ 0.00 | |
| 84. **Inventory.** Copy line 23, Part 5. | $ 0.00 | |
| 85. **Farming and fishing-related assets.** Copy line 33, Part 6. | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** Copy line 43, Part 7. | $ 0.00 | |
| 87. **Machinery, equipment, and vehicles.** Copy line 51, Part 8. | $ 0.00 | |
| 88. **Real property.** Copy line 56, Part 9. .................. ➔ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** Copy line 66, Part 10. | $ 0.00 | |
| 90. **All other assets.** Copy line 78, Part 11. | + $ 0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. ............91a. | $ 0.00 | 91b. $ 0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ........................ $ 0.00

**OFFICIAL FORM 206A/B – ASSETS - REAL AND PERSONAL PROPERTY**
**PART 4, QUESTION 15 RIDER**

15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture (continued)

|      | Name of Entity | % of ownership | Valuation method used for current value | Current value of Debtor's interest |
|------|----------------|----------------|------------------------------------------|-------------------------------------|
| 15.3 | Saratoga and North Creek Railway, LLC | 100% | | $0.00 |
| 15.4 | Chicago Terminal Railroad Company | 100% | | $0.00 |

<table>
<tr><td colspan="2">

**Fill in this information to identify the case:**

Debtor name __Permian Basin Railways, LLC__

United States Bankruptcy Court for the: __Northern__      District of __Illinois__
                                                                    (State)

Case number (If known): _____

</td></tr>
</table>

☐ Check if this is an
  amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

### Part 1:   List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim |
|---|---|---|---|

**2.1** **Creditor's name**

   Big Shoulders Capital LLC

**Describe debtor's property that is subject to a lien**

All property, assets or rights of Debtor          $  8,169,976.66      $  Unknown

**Creditor's mailing address**

105 Revere Drive, Suite D,
Northbrook, IL 60062

**Describe the lien**

Loan and Security Agreement 2/27/2017

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Creditor's email address, if known**

dibenedetto@bigshoulderscap.com

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Date debt was incurred  __2/27/2017__

Last 4 digits of account number  ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor, and its relative priority.
   1. Big Shoulders Capital LLC
   2. IRS 3. Independent Locomotive

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2** **Creditor's name**

   Independent Locomotive Leasing, LLC

**Describe debtor's property that is subject to a lien**

All personal property          $  618,842.25      $ Unknown

**Creditor's mailing address**

225 W. Washington St., Suite 2200
Chicago, IL 60606

**Describe the lien**

Citation re judgment entered 11/28/2018, N.D. Ill. case 18-cv-07295

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Creditor's email address, if known**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Date debt was incurred  __11/28/2018__

Last 4 digits of account number  ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   ☑ Yes. The relative priority of creditors is specified on lines __2.1__

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**          $ $11,694,785.01

Debtor __Permian Basin Railways, LLC_____ Case number *(if known)* _____
    Name

| **Part 1:** | **Additional Page** | **Column A**<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | **Column B**<br>**Value of collateral**<br>**that supports this**<br>**claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

---

**2._**     Creditor's name

__Internal Revenue Service__

Describe debtor's property that is subject to a lien

__All property and rights to property__

$ __2,905,966.10__    $ __Unknown__

Creditor's mailing address

__Centralized Insolvency Operation .__
__Box 7346, Phila., PA 19101-7346__

Describe the lien
__Federal Tax Lien, CT-1 taxes for 2013-2016__

Creditor's email address, if known

_____

Is the creditor an insider or related party?
- [x] No
- [ ] Yes

Date debt was incurred __11/28/2018__
Last 4 digits of account
number  ___ ___ ___ ___

Is anyone else liable on this claim?
- [x] No
- [ ] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

Do multiple creditors have an interest in the same property?
- [ ] No
- [x] Yes. Have you already specified the relative priority?
  - [ ] No. Specify each creditor, including this creditor, and its relative priority.
    _____
    _____
    _____
  - [x] Yes. The relative priority of creditors is specified on lines __2.1__

As of the petition filing date, the claim is:
Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

---

**2._**     Creditor's name

Describe debtor's property that is subject to a lien

$_____    $_____

Creditor's mailing address

Describe the lien

Creditor's email address, if known

Is the creditor an insider or related party?
- [ ] No
- [ ] Yes

Date debt was incurred _____
Last 4 digits of account
number  ___ ___ ___ ___

Is anyone else liable on this claim?
- [ ] No
- [ ] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

Do multiple creditors have an interest in the same property?
- [ ] No
- [ ] Yes. Have you already specified the relative priority?
  - [ ] No. Specify each creditor, including this creditor, and its relative priority.
    _____
    _____
    _____
  - [ ] Yes. The relative priority of creditors is specified on lines _____

As of the petition filing date, the claim is:
Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

---

| Debtor | Permian Basin Railways, LLC | Case number (if known) |
|---|---|---|
| | Name | |

## Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| David M Unseth<br>Bryan Cave Leighton Paisner LLP<br>211 N. Broadway St., Suite 3600, St. Louis, MO 63102-2726 | Line 2. 1 | __ __ __ __ |
| Eric Prezant<br>Bryan Cave Leighton Paisner LLP<br>161 North Clark Street, Suite 4300, Chicago, IL 60601-3315 | Line 2. 1 | __ __ __ __ |
| Law Office of Richard M. Kates<br>111 West Washington Street, Suite 1900<br>Chicago, IL 60602 | Line 2. 2 | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | Permian Basin Railways, Inc. |
| United States Bankruptcy Court for the: | Northern District of Illinois (State) |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**Arizona Department of Revenue**<br>1600 West Monroe Street<br>Phoenix, AZ 85007<br><br>Date or dates debt was incurred<br><br>Last 4 digits of account number ___ ___ ___ ___<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 ) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br>tax<br><br>Is the claim subject to offset?<br>☑ No<br>☐ Yes | $ 27.00 | $ 27.00 |
| **2.2** | Priority creditor's name and mailing address<br>**Department of Labor and Employment**<br>633 17Th Street, Suite 500<br>Denver, CO 80202-3660<br><br>Date or dates debt was incurred<br><br>Last 4 digits of account number ___ ___ ___ ___<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 ) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br>tax<br><br>Is the claim subject to offset?<br>☑ No<br>☐ Yes | $ 23.95 | $ 23.95 |
| **2.3** | Priority creditor's name and mailing address<br>**New Mexico Taxation & Revenue Dept.**<br>1100 South St. Francis Drive<br>Santa Fe, NM 87504<br><br>Date or dates debt was incurred<br><br>Last 4 digits of account number ___ ___ ___ ___<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 ) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br>tax<br><br>Is the claim subject to offset?<br>☑ No<br>☐ Yes | $ 5,253.58 | $ 5,253.58 |

Debtor  Permian Basin Railways, Inc.                    Case number (if known)_____
          Name

| Part 1. | Additional Page |

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total claim | Priority amount |
|---|---|---|

**2.4  Priority creditor's name and mailing address**                    $ **22.91**   $ **22.91**

Pueblo County Treasurer
215 West 10Th Street, Room 110
Pueblo, CO 81003-2968

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
tax
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( **8** )

---

**2.5  Priority creditor's name and mailing address**                    $ **1,184.56**   $ **1,184.56**

U.S. Railroad Retirement Board
844 N Rush Street
Chicago, IL 60611-2092

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
tax
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( **8** )

---

**2.6  Priority creditor's name and mailing address**                    $ **788.23**   $ **788.23**

Winkler County
100 East Winkler Street
Kermit, TX 79745

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
tax
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( **8** )

---

**2.7  Priority creditor's name and mailing address**                    $ **72,373.13**   $ **72,373.13**

Wisconsin Department Of Revenue
2135 Rimrock Rd.
Madison, WI 53713

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
tax
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( **8** )

Debtor _____Permian Basin Railways, Inc._____   Case number _(if known)_____
      Name

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

**3.1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $ 1,082.22 |
|---|---|---|
| Alex Smith | ☐ Contingent | |
| 1203 Ronald Drive | ☐ Unliquidated | |
| Anderson, IN 46013 | ☐ Disputed | |
| | Basis for the claim:  trade | |
| Date or dates debt was incurred _____ | Is the claim subject to offset? | |
| Last 4 digits of account number ___ ___ ___ ___ | ☑ No   ☐ Yes | |

**3.2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $ 46,867.87 |
|---|---|---|
| ASCAP | ☐ Contingent | |
| 21678 Network Place | ☐ Unliquidated | |
| Chicago, IL 60673-1216 | ☐ Disputed | |
| | Basis for the claim:  trade | |
| Date or dates debt was incurred _____ | Is the claim subject to offset? | |
| Last 4 digits of account number ___ ___ ___ ___ | ☑ No   ☐ Yes | |

**3.3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $ 2,832.28 |
|---|---|---|
| Bandt Communications Inc. | ☐ Contingent | |
| 1346 Excalibur Drive | ☐ Unliquidated | |
| Janesville, WI 53546 | ☐ Disputed | |
| | Basis for the claim:  trade | |
| Date or dates debt was incurred _____ | Is the claim subject to offset? | |
| Last 4 digits of account number ___ ___ ___ ___ | ☑ No   ☐ Yes | |

**3.4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $ 3,242.25 |
|---|---|---|
| Bill Clark Truck Line, Inc. | ☐ Contingent | |
| 311 6th Street | ☐ Unliquidated | |
| Alamosa, CO 81101 | ☐ Disputed | |
| | Basis for the claim:  trade | |
| Date or dates debt was incurred _____ | Is the claim subject to offset? | |
| Last 4 digits of account number ___ ___ ___ ___ | ☑ No   ☐ Yes | |

**3.5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $ 15,702.24 |
|---|---|---|
| Canadian National | ☐ Contingent | |
| 935 de La Gauchetière Street West | ☐ Unliquidated | |
| Montreal, Quebec, Canada, H3B 2M9 | ☐ Disputed | |
| | Basis for the claim: Judgment, 7/11/2018, Cook County Cit. Ct. 2018-M1-113053 | |
| Date or dates debt was incurred _____ | Is the claim subject to offset? | |
| Last 4 digits of account number ___ ___ ___ ___ | ☑ No   ☐ Yes | |

**3.6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $ 500.00 |
|---|---|---|
| Central Washington Railroad Company | ☐ Contingent | |
| 111 University Parkway, Suite 200 | ☐ Unliquidated | |
| Yakima, WA 98901 | ☐ Disputed | |
| | Basis for the claim:  trade | |
| Date or dates debt was incurred _____ | Is the claim subject to offset? | |
| Last 4 digits of account number ___ ___ ___ ___ | ☑ No   ☐ Yes | |

Debtor    Permian Basin Railways, Inc.
Name

Case number (if known)_____

---

**Part 2:**    **Additional Page**

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3. 7**    Nonpriority creditor's name and mailing address

CenturyLink

100 Centurylink Drive
Monroe, LA 71203

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

$                                178.11

Basis for the claim:  trade

Date or dates debt was incurred    _____

Last 4 digits of account number    ___  ___  ___  ___

Is the claim subject to offset?
☑ No
☐ Yes

---

**3. 8**    Nonpriority creditor's name and mailing address

Coastal Chemical Co. LLC

5300 Memorial Drive, Suite 1020
Houston, TX 77007

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$                             8,236.85

Basis for the claim:  trade

Date or dates debt was incurred    _____

Last 4 digits of account number    ___  ___  ___  ___

Is the claim subject to offset?
☑ No
☐ Yes

---

**3. 9**    Nonpriority creditor's name and mailing address

Cox Media Group Tulsa

11811 E 51st Street South
Tulsa, OK 07146

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$                            18,904.00

Basis for the claim:  trade

Date or dates debt was incurred    _____

Last 4 digits of account number    ___  ___  ___  ___

Is the claim subject to offset?
☑ No
☐ Yes

---

**3. 10**    Nonpriority creditor's name and mailing address

Creative Colors International

3020-i Prosperity Church Rd. , Suite 155
Charlotte, NC 28269

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$                            10,850.17

Basis for the claim:  trade

Date or dates debt was incurred    _____

Last 4 digits of account number    ___  ___  ___  ___

Is the claim subject to offset?
☑ No
☐ Yes

---

**3. 11**    Nonpriority creditor's name and mailing address

CT Corporation

301 S BEDFORD ST, SUITE 1
Madison, WI 53703

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$                               165.00

Basis for the claim:  trade

Date or dates debt was incurred    _____

Last 4 digits of account number    ___  ___  ___  ___

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor  Permian Basin Railways, Inc.                                    Case number (if known)_____
        Name

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.12** Nonpriority creditor's name and mailing address

DOT/FRA

100 New Jersey Avenue, S.E.
Washington, D.C. 20590

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

$ 94,254.00

**3.13** Nonpriority creditor's name and mailing address

FDGL

5565 Glenridge Connector NE, Suite 2000
Atlanta, GA 30342

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: trade

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

$ 650.89

**3.14** Nonpriority creditor's name and mailing address

Foster Printing Service, Inc

4295 Ohio Street
Michigan City, IN 46360

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: trade

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

$ 9,080.46

**3.15** Nonpriority creditor's name and mailing address

Gregory, Stephen

800 Pearl Street, Apt. 1204
Denver, CO 80208

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: note

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

$ 32,014.08

**3.16** Nonpriority creditor's name and mailing address

Idea Marketing Group, Inc.

1939 S Bridge Street
Yorkville, IL 60560

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: trade

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

$ 8,600.00

Debtor  Permian Basin Railways, Inc.
        Name                                         Case number *(if known)*_____

## Part 2:    Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.17** Nonpriority creditor's name and mailing address

J.J. Keller & Associates, Inc.

3003 Breezewood Lane
Neenah, WI 54956

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: trade

Is the claim subject to offset?
☑ No
☐ Yes

$ 41.15

---

**3.18** Nonpriority creditor's name and mailing address

JMA Rail Products Co.

835 East 10th Street
Seymour, IN 47274

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: trade

Is the claim subject to offset?
☑ No
☐ Yes

$ 593.12

---

**3.19** Nonpriority creditor's name and mailing address

L&G Law Group LLP

175 W. Jackson Blvd., Ste. 950
Chicago, IL 60604

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: legal services

Is the claim subject to offset?
☑ No
☐ Yes

$ 58,268.85

---

**3.20** Nonpriority creditor's name and mailing address

Liberty Oil Company. LLC

301 North Woody Guthrie Street
Okemah, OK 74859

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: trade

Is the claim subject to offset?
☑ No
☐ Yes

$ 3,908.28

---

**3.21** Nonpriority creditor's name and mailing address

Lou Hammond & Associates

145 King Street
Charleston, SC 29401

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: trade

Is the claim subject to offset?
☑ No
☐ Yes

$ 55,056.66

---

Debtor    Permian Basin Railways, Inc.
          Name

Case number (if known)_____

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.22** Nonpriority creditor's name and mailing address

Lubbock & Western Railway, LLC

103 North Steck Avenue
Wollforth, TX 79382

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: trade

Date or dates debt was incurred    _____
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

$ 75,576.00

---

**3.23** Nonpriority creditor's name and mailing address

M Bar D. LLC

131 S. Dearborn, 6th Floor
Chicago, IL 60603

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: trade

Date or dates debt was incurred    _____
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

$ 3,200.00

---

**3.24** Nonpriority creditor's name and mailing address

McConville, Hugh Michael

9436 N Tolles Road
Evansville, WI 53536

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    _____
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

$ 14,500.17

---

**3.25** Nonpriority creditor's name and mailing address

Nations Fund I, LLC

501 Merritt 7
Norwalk, CT 06851

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Consent judgment 8/12/2019 ND Ill. 19-cv-02307

Date or dates debt was incurred    _____
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ unknown

---

**3.26** Nonpriority creditor's name and mailing address

Norfolk Southern Corporation

Attn: Tom Washbon
4600 Deer Path Road, Harrisburg, PA 17110

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: trade

Date or dates debt was incurred    _____
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

$ 17,652.00

---

Debtor  Permian Basin Railways, Inc.
        Name                                                    Case number (if known)

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

3.27 Nonpriority creditor's name and mailing address

Pan American Railway Co.

5718 Westheimer, Suite 800
Houston, TX 77057

Date or dates debt was incurred
Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: trade

Is the claim subject to offset?
☑ No
☐ Yes

$                12,763.62

3.28 Nonpriority creditor's name and mailing address

Port Containers

1725 DeSales Street, NW, Suite 650
Washington, D.C. 20036

Date or dates debt was incurred
Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: trade

Is the claim subject to offset?
☑ No
☐ Yes

$                8,000.00

3.29 Nonpriority creditor's name and mailing address

Power Rail Distribution

205 Clark Road
Duryea, PA 18642

Date or dates debt was incurred
Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: trade

Is the claim subject to offset?
☑ No
☐ Yes

$                1,725.27

3.30 Nonpriority creditor's name and mailing address

PSE, Inc.

P.O. Box 659
212 East Sixth Street, Tulsa, OK 74119

Date or dates debt was incurred
Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: trade

Is the claim subject to offset?
☑ No
☐ Yes

$                1,350.00

3.31 Nonpriority creditor's name and mailing address

Publication Design, Inc.

3798 Marshall St., Suite 1A
Wheat Ridge, CO 80033

Date or dates debt was incurred
Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: trade

Is the claim subject to offset?
☑ No
☐ Yes

$                839.10

Debtor   Permian Basin Railways, Inc.                                    Case number _(if known)_____
         Name

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

### 3.32   Nonpriority creditor's name and mailing address

R. B. Hornberger Co Inc.

3900 24Th Ave Bay 2
Forest Grove, OR 97116

Date or dates debt was incurred   _____
Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: trade

Is the claim subject to offset?
☑ No
☐ Yes

$ 3,387.88

### 3.33   Nonpriority creditor's name and mailing address

Rail Term Corp.

10765 Cote de Liesse, Suite 201
Dorval, Quebec H9P 2R9

Date or dates debt was incurred   _____
Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: trade

Is the claim subject to offset?
☑ No
☐ Yes

$ 1,418.00

### 3.34   Nonpriority creditor's name and mailing address

Sandton Rail Company, LLC

16 West 46th Street, 11th Floor
New York, NY 10036

Date or dates debt was incurred   _____
Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: Assignment of judgment from VFI KR SPE I LLC (Varilease)

Is the claim subject to offset?
☐ No
☐ Yes

$ 3,262,593.01

### 3.35   Nonpriority creditor's name and mailing address

Stillwater Central Railroad, LLC

900 South Byers Avenue
Oklahoma City, OK 72129

Date or dates debt was incurred   _____
Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: trade

Is the claim subject to offset?
☑ No
☐ Yes

$ 26,548.72

### 3.36   Nonpriority creditor's name and mailing address

T.G. Mercer Consulting Services

120 El Chico Trail
Willow Park, TX 76807

Date or dates debt was incurred   _____
Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: trade

Is the claim subject to offset?
☑ No
☐ Yes

$ 27,000.00

Debtor __Permian Basin Railways, Inc._____   Case number (if known)_____
     Name

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.37** Nonpriority creditor's name and mailing address

TAJ Company

601 Airport Blvd., Suite B
South San Francisco, CA 94080-4666

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: trade

Is the claim subject to offset?
☑ No
☐ Yes

$ 1,299.00

---

**3.38** Nonpriority creditor's name and mailing address

The Andersons, Inc.

1947 Briarfield Boulevard
Maumee, OH 43537

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: trade

Is the claim subject to offset?
☑ No
☐ Yes

$ 680.40

---

**3.39** Nonpriority creditor's name and mailing address

Trinity Rail Management, Inc.

2525 Stemmons Freeway
Dallas, TX 75207

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: trade

Is the claim subject to offset?
☑ No
☐ Yes

$ 85,788.02

---

**3.40** Nonpriority creditor's name and mailing address

Trumble Crane & Rigging

312 NE Loop
Lubbock, TX 79403

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: trade

Is the claim subject to offset?
☑ No
☐ Yes

$ 1,977.60

---

**3.41** Nonpriority creditor's name and mailing address

United Rail Contracting, Inc.

3713 Chippewa Trail
Billings, MT 59106

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: note

Is the claim subject to offset?
☑ No
☐ Yes

$ 5,000.00

---

Debtor    Permian Basin Railways, Inc.
Name _____    Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.42** Nonpriority creditor's name and mailing address

United Rail Contracting, Inc.

3713 Chippewa Trail
Billings, MT 59106

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: ___trade___

Is the claim subject to offset?
☑ No
☐ Yes

$ 530,346.00

---

**3.43** Nonpriority creditor's name and mailing address

United Rentals

100 First Stamford Place
Stamford, CT 06902

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ___trade___

Is the claim subject to offset?
☑ No
☐ Yes

$ 999.90

---

**3.44** Nonpriority creditor's name and mailing address

Watco Companies, Inc.

315 West 3rd Street
Pittsburg, KS 66762

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ___trade___

Is the claim subject to offset?
☑ No
☐ Yes

$ 2,102.46

---

**3.45** Nonpriority creditor's name and mailing address

Western Assoc of Travel Agencies

5933 NE Win Sivers Dr., Suite 202
Portland, OR 97220

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ___trade___

Is the claim subject to offset?
☑ No
☐ Yes

$ 2,300.00

---

**3.46** Nonpriority creditor's name and mailing address

WGN AM

303 East Wacker Drive, 18th floor
Chicago, IL 60601

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ___trade___

Is the claim subject to offset?
☑ No
☐ Yes

$ 23,507.50

---

Debtor  Permian Basin Railways, Inc.
_____   Case number _(if known)_____
        Name

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.47** | Nonpriority creditor's name and mailing address

**Wide Eye Productions**

Robert Van Camp, 301 North Main Street,
22nd Floor, Suite 2207, Winston Salem, NC 27101

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:  trade

Is the claim subject to offset?
☑ No
☐ Yes

$                1,950.00

---

**3.48** | Nonpriority creditor's name and mailing address

**Yellow Pages United**

115 Penman Road
Neptune Beach, FL 32266

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  trade

Is the claim subject to offset?
☑ No
☐ Yes

$                  396.00

---

**3.___** | Nonpriority creditor's name and mailing address

_____

_____

_____

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _____

Is the claim subject to offset?
☐ No
☐ Yes

$_____

---

**3.___** | Nonpriority creditor's name and mailing address

_____

_____

_____

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _____

Is the claim subject to offset?
☐ No
☐ Yes

$_____

---

**3.___** | Nonpriority creditor's name and mailing address

_____

_____

_____

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _____

Is the claim subject to offset?
☐ No
☐ Yes

$_____

---

Debtor  Permian Basin Railways, Inc.  _____
        Name                           Case number (if known)_____

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1. | Ronald S. Beacher, Pryor Cashman LLP<br>7 Times Square, New York, New York 10036-6569 | Line 3.34<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.2. | | Line ____<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.3. | | Line ____<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.4. | | Line ____<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.5. | | Line ____<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.6. | | Line ____<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.7. | | Line ____<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.8. | | Line ____<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.9. | | Line ____<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.10. | | Line ____<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.11. | | Line ____<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.12. | | Line ____<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |

Debtor   Permian Basin Railways, Inc.
Name

Case number *(if known)*

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|---------------------------------------------------------------|

**5.** Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 79,673.36 |
| 5b. **Total claims from Part 2** | 5b. + | $ 4,483,929.13 |
| 5c. **Total of Parts 1 and 2** Lines 5a + 5b = 5c. | 5c. | $ 4,563,602.49 |

**Fill in this information to identify the case:**

Debtor name __Permian Basin Railways, Inc.__

United States Bankruptcy Court for the: __Northern__    District of __Illinois__
(State)

Case number (If known): _____    Chapter __7__

☐ Check if this is an amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☑ **No.** Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☐ **Yes.** Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.5** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |

---

**Fill in this information to identify the case:**

Debtor name   **Permian Basin Railways, Inc.**

United States Bankruptcy Court for the: **Northern**   District of **Illinois**
(State)

Case number (If known): _____

---

☐ Check if this is an amended filing

## Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.1 Heritage Rail Leasing, LLC | 1 Parker Place, Ste. 112 *(Street)* <br> Janesville, WI 53545 *(City / State / ZIP Code)* | Big Shoulders Capital, LLC | ☑ D <br> ☐ E/F <br> ☐ G |
| 2.2 Mt. Hood Railroad Company | 110 RAILROAD AVE. *(Street)* <br> HOOD RIVER, OR 97031 *(City / State / ZIP Code)* | Big Shoulders Capital, LLC | ☑ D <br> ☐ E/F <br> ☐ G |
| 2.3 Chicago Terminal Railroad Company | 1 Parker Place, Ste. 112 *(Street)* <br> Janesville, WI 53545 *(City / State / ZIP Code)* | Big Shoulders Capital, LLC | ☑ D <br> ☐ E/F <br> ☐ G |
| 2.4 Saratoga and North Creek Railway, LLC | 118 S. CLINTON ST., SUITE 400 *(Street)* <br> CHICAGO, IL 60661 *(City / State / ZIP Code)* | Big Shoulders Capital, LLC | ☑ D <br> ☐ E/F <br> ☐ G |
| 2.5 San Luis &Rio Grande Rairoad, Inc. | 10 South LaSalle Street, Suite 3300 *(Street)* <br> Chicago, IL 60603 *(City / State / ZIP Code)* | Big Shoulders Capital, LLC | ☑ D <br> ☐ E/F <br> ☐ G |
| 2.6 Iowa Pacific Holdings, LLC | 1 Parker Place, Ste. 112 *(Street)* <br> Janesville, WI 53545 *(City / State / ZIP Code)* | Big Shoulders Capital, LLC | ☑ D <br> ☐ E/F <br> ☐ G |

Debtor    **Permian Basin Railways, Inc.**
Name

Case number (if known)_____

| | |
|---|---|
| | **Additional Page if Debtor Has More Codebtors** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.7 Edwin Ellis | **317 S. CATHERINE AVE.**<br>Street<br><br>**LA GRANGE, IL 60525**<br>City    State    ZIP Code | Big Shoulders Capital, LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.8 Austin & Northwestern Railroad Company, Inc. | **109 E. Texas Ave.**<br>Street<br><br>**Eunice, NM 88231**<br>City    State    ZIP Code | Sandton Rail Company, LLC | ☐ D<br>☑ E/F<br>☐ G |
| 2.9 Cape Rail, Inc. | **12 HARDING ST SUITE 201-202**<br>Street<br><br>**LAKEVILLE, MA 02347**<br>City    State    ZIP Code | Sandton Rail Company, LLC | ☐ D<br>☑ E/F<br>☐ G |
| 2.10 Heritage Rail Leasing, LLC | **1 Parker Place, Ste. 112**<br>Street<br><br>**Janesville, WI 53545**<br>City    State    ZIP Code | Sandton Rail Company, LLC | ☐ D<br>☑ E/F<br>☐ G |
| 2.11 Hoosier State Train, LLC | **118 SOUTH CLINTON ST/STE 400**<br>Street<br><br>**CHICAGO, IL 60661**<br>City    State    ZIP Code | Sandton Rail Company, LLC | ☐ D<br>☑ E/F<br>☐ G |
| 2.12 Isla Largo, LLC | **118 SOUTH CLINTON ST/STE 400**<br>Street<br><br>**CHICAGO, IL 60661**<br>City    State    ZIP Code | Sandton Rail Company, LLC | ☐ D<br>☑ E/F<br>☐ G |
| 2.13 Key Tours International | **11096 LEE HWY STE B104**<br>Street<br><br>**FAIRFAX VA 22030**<br>City    State    ZIP Code | Sandton Rail Company, LLC | ☐ D<br>☑ E/F<br>☐ G |
| 2.14 Mt. Hood Railroad Company | **110 RAILROAD AVE.**<br>Street<br><br>**HOOD RIVER, OR 97031**<br>City    State    ZIP Code | Sandton Rail Company, LLC | ☐ D<br>☑ E/F<br>☐ G |

Debtor    __Permian Basin Railways, Inc.__    Case number (if known)_____
          Name

| | **Additional Page if Debtor Has More Codebtors** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.15 Iowa Pacific Holdings, LLC | 1 Parker Place, Ste. 112 <br> Street <br><br> Janesville, WI 53545 <br> City    State    ZIP Code | Sandton Rail Company, LLC | ☐ D <br> ☑ E/F <br> ☐ G |
| 2.16 Piedmont Railway, LLC | 118 S. Clinton St., Ste. 400 <br> Street <br><br> Chicago, IL 60661 <br> City    State    ZIP Code | Sandton Rail Company, LLC | ☐ D <br> ☑ E/F <br> ☐ G |
| 2.17 Rusk, Palestine & Pacific Railroad, Inc. | 1 Parker Place, Ste. 112 <br> Street <br><br> Janesville, WI 53545 <br> City    State    ZIP Code | Sandton Rail Company, LLC | ☐ D <br> ☑ E/F <br> ☐ G |
| 2.18 Santa Cruz and Monterey Bay Railway Company | 118 S. Clinton St., Ste. 400 <br> Street <br><br> Chicago, IL 60661 <br> City    State    ZIP Code | Sandton Rail Company, LLC | ☐ D <br> ☑ E/F <br> ☐ G |
| 2.19 Saratoga and North Creek Railway, LLC | 118 S. Clinton St., Ste. 400 <br> Street <br><br> Chicago, IL 60661 <br> City    State    ZIP Code | Sandton Rail Company, LLC | ☐ D <br> ☑ E/F <br> ☐ G |
| 2.20 The Pullman Sleeping Car Company, LLC | 118 S. Clinton St., Ste. 400 <br> Street <br><br> Chicago, IL 60661 <br> City    State    ZIP Code | Sandton Rail Company, LLC | ☐ D <br> ☑ E/F <br> ☐ G |
| 2.21 West Texas and Lubbock Railroad Company, Inc. | 118 S. Clinton St., Ste. 400 <br> Street <br><br> Chicago, IL 60661 <br> City    State    ZIP Code | Sandton Rail Company, LLC | ☐ D <br> ☑ E/F <br> ☐ G |
| 2.22 Edwin Ellis, | 317 S. CATHERINE AVE. <br> Street <br><br> LA GRANGE, IL 60525 <br> City    State    ZIP Code | Sandton Rail Company, LLC | ☐ D <br> ☑ E/F <br> ☐ G |

Debtor   **Permian Basin Railways, Inc.**
Name

Case number *(if known)*_____

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2._23_ | Chicago Terminal Railroad Company | **1 Parker Place, Ste. 112**<br>Street<br><br>**Janesville, WI 53545**<br>City   State   ZIP Code | Sandton Rail Company, LLC | ☐ D<br>☑ E/F<br>☐ G |
| 2._24_ | Iowa Pacific Holdings, LLC | **1 Parker Place, Ste. 112**<br>Street<br><br>**Janesville, WI 53545**<br>City   State   ZIP Code | **Nations Fund I, LLC** | ☐ D<br>☑ E/F<br>☐ G |
| 2._25_ | Heritage Rail Leasing, LLC | **1 Parker Place, Ste. 112**<br>Street<br><br>**Janesville, WI 53545**<br>City   State   ZIP Code | **Nations Fund I, LLC** | ☐ D<br>☑ E/F<br>☐ G |
| 2.__ | | Street<br><br>City   State   ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.__ | | Street<br><br>City   State   ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.__ | | Street<br><br>City   State   ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.__ | | Street<br><br>City   State   ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.__ | | Street<br><br>City   State   ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |

Fill in this information to identify the case and this filing:

Debtor Name __Permian Basin Railways, Inc.__

United States Bankruptcy Court for the: __Northern__   District of __Illinois__
(State)

Case number (*If known*): _____

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __03/15/2021__      ✗ _____
MM / DD / YYYY                    Signature of individual signing on behalf of debtor

Edwin Ellis
Printed name

Director
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name    Permian Basin Railways, Inc.

United States Bankruptcy Court for the:    Northern    District of    IL
(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
| --- | --- |

**1. Gross revenue from business**

☒ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
| --- | --- | --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** | From 01/01/2021 to MM / DD / YYYY | Filing date | ☒ Operating a business<br>☐ Other _____ | $_____ |
| **For prior year:** | From 01/01/2020 to MM / DD / YYYY | 12/31/2020 MM / DD / YYYY | ☒ Operating a business<br>☐ Other _____ | $_____ |
| **For the year before that:** | From 01/01/2019 to MM / DD / YYYY | 12/31/2019 MM / DD / YYYY | ☒ Operating a business<br>☐ Other _____ | $_____ |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☒ None

| | | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
| --- | --- | --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** | From MM / DD / YYYY to | Filing date | _____ | $_____ |
| **For prior year:** | From MM / DD / YYYY to | MM / DD / YYYY | _____ | $_____ |
| **For the year before that:** | From MM / DD / YYYY to | MM / DD / YYYY | _____ | $_____ |

Debtor    **Permian Basin Railways, Inc.**
Name

Case number *(if known)*_____

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---------|-----------------------------------------------------------|

3. **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| | | | | *Check all that apply* |
| 3.1. | | | | |
| | Creditor's name | | $_____ | ☐ Secured debt |
| | | | | ☐ Unsecured loan repayments |
| | Street | | | ☐ Suppliers or vendors |
| | | | | ☐ Services |
| | City          State     ZIP Code | | | ☐ Other _____ |
| 3.2. | | | | |
| | Creditor's name | | $_____ | ☐ Secured debt |
| | | | | ☐ Unsecured loan repayments |
| | Street | | | ☐ Suppliers or vendors |
| | | | | ☐ Services |
| | City          State     ZIP Code | | | ☐ Other _____ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | | | | |
| | Insider's name | | $_____ | _____ |
| | Street | | | _____ |
| | | | | _____ |
| | City          State     ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |
| 4.2. | | | | |
| | Insider's name | | $_____ | _____ |
| | Street | | | _____ |
| | | | | _____ |
| | City          State     ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

Debtor    Permian Basin Railways, Inc.    Case number (if known)_____
Name

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | | | | $_____ |
| | Creditor's name | | | |
| | Street | | | |
| | | | | |
| | City          State          ZIP Code | | | |
| 5.2. | | | | $_____ |
| | Creditor's name | | | |
| | Street | | | |
| | | | | |
| | City          State          ZIP Code | | | |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| | | | $_____ |
| Creditor's name | | | |
| Street | | | |
| | Last 4 digits of account number: XXXX– __ __ __ __ | | |
| City          State          ZIP Code | | | |

---

## Part 3:    Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Big Shoulders Capital LLC v. SLRG | Receivership | United States District Court for the Northern District of Illinois | ☐ Pending |
| | | | Name | ☐ On appeal |
| | | | Dirksen Federal Bldg | ☑ Concluded |
| | **Case number** | | Street | |
| | | | 219 S Dearborn Street | |
| | 19-cv-06029 | | Chicago, IL 60604 | |
| | | | City          State          ZIP Code | |
| 7.2. | In re San Luis & Rio Grande Railroad, Inc. | Chapter 11 | United States Bankrupcy Court for the District of Colorado | ☑ Pending |
| | | | Name | ☐ On appeal |
| | **Case number** | | Street | ☐ Concluded |
| | | | 721 19th Street | |
| | 19-18905 | | Denver, CO 80202 | |
| | | | City          State          ZIP Code | |

Debtor    Permian Basin Railways, Inc.    Case number (if known)_____
Name

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☐ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| Novo Advisors / Sandeep Gupta<br>Custodian's name | All property | $_____ |
| 401 N Franklin St.<br>Street | **Case title**<br>Big Shoulders Capital LLC v. SLRG | **Court name and address** |
| Suite 4 East | | United States District Court for the Northern District of Illinois<br>Name |
| Chicago, IL 60654<br>City     State     ZIP Code | **Case number**<br>19-cv-06029 | Dirksen Federal Bldg<br>Street |
| | **Date of order or assignment**<br>Receivership begun 10/18/2019<br>Receivership ended 03/13/2020 | 219 S Dearborn Street<br>Chicago, IL 60604<br>City     State     ZIP Code |

## Part 4:    Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. _____<br>Recipient's name<br>_____<br>Street<br>_____<br>City     State     ZIP Code<br>**Recipient's relationship to debtor**<br>_____ | _____<br>_____ | _____ | $_____ |
| 9.2. _____<br>Recipient's name<br>_____<br>Street<br>_____<br>City     State     ZIP Code<br>**Recipient's relationship to debtor**<br>_____ | _____<br>_____ | _____ | $_____ |

## Part 5:    Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | Date of loss | Value of property lost |
|---|---|---|---|
| _____<br>_____ | _____<br>_____ | _____ | $_____ |

| Debtor | Permian Basin Railways, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

## Part 6:    Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | L&G Law Group LLP | | 01/13/2021 | $ 12,500.00 |
| | **Address** | | | |
| | 175 W. Jackson Blvd | | | |
| | Street | | | |
| | Suite 950 | | | |
| | Chicago, IL 60604 | | | |
| | City          State          ZIP Code | | | |
| | **Email or website address** | | | |
| | https://www.lgcounsel.com/ | | | |
| | **Who made the payment, if not debtor?** | | | |
| | Ed Ellis | | | |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | | | | $ |
| | **Address** | | | |
| | Street | | | |
| | City          State          ZIP Code | | | |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | | | | $ |
| | **Trustee** | | | |

| Debtor | Permian Basin Railways, Inc. | Case number *(if known)* |
|---|---|---|
| | Name | |

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | _____ | _____ | _____ | $ _____ |
| | **Address** | _____ | | |
| | _____ | | | |
| | Street | | | |
| | _____ | | | |
| | City          State     ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

| | Who received transfer? | | | |
|---|---|---|---|---|
| | _____ | _____ | _____ | $ _____ |
| 13.2. | _____ | _____ | | |
| | **Address** | | | |
| | _____ | | | |
| | Street | | | |
| | _____ | | | |
| | City          State     ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | | Dates of occupancy | |
|---|---|---|---|---|
| 14.1. | 1 Parker Place, Suite 112  Janesville, WI 53545 | | From   02/2020   To   present | |
| | Street | | | |
| | _____ | | | |
| | City          State     ZIP Code | | | |
| 14.2. | 118 S. Clinton St., Ste. 400  Chicago, IL 60661 | | From   _____   To   02/2020 | |
| | Street | | | |
| | _____ | | | |
| | City          State     ZIP Code | | | |

| Debtor | Permian Basin Railways, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

---

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____ Facility name | _____ | _____ |
| _____ Street | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept? |
| _____ City      State      ZIP Code | _____ | *Check all that apply:*<br>☐ Electronically<br>☐ Paper |

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.2. _____ Facility name | _____ | _____ |
| _____ Street | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept? |
| _____ City      State      ZIP Code | _____ | *Check all that apply:*<br>☐ Electronically<br>☐ Paper |

---

| **Part 9:** | **Personally Identifiable Information** |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.

☑ Yes. Does the debtor serve as plan administrator?

  ☑ No. Go to Part 10.

  ☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| Iowa Pacific Holdings, LLC 401(k) Profit Sharing Plan | EIN: 3  6  –  4  4  2  9  3  6  1 |

Has the plan been terminated?

☐ No

☑ Yes

---

| Debtor | Permian Basin Railways, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**Part 10:**  **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | Summit Credit Union _____ <br> Name <br> _____ Street <br> _____ <br> _____ City   State   ZIP Code | XXXX– 0040 __ __ | ☑ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other_____ | 11/6/2020 | $ 0.00 |
| 18.2. | _____ <br> Name <br> _____ Street <br> _____ <br> _____ City   State   ZIP Code | XXXX– __ __ __ __ | ☐ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____ <br> Name <br> _____ Street <br> _____ <br> City   State   ZIP Code | _____ <br> _____ <br> **Address** <br> _____ <br> _____ | m _____ <br> _____ <br> _____ | ☐ No <br> ☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____ <br> Name <br> _____ Street <br> _____ <br> City   State   ZIP Code | _____ <br> _____ <br> **Address** <br> _____ <br> _____ | _____ <br> _____ <br> _____ | ☐ No <br> ☐ Yes |

| Debtor | Permian Basin Railways, Inc. | Case number (if known) _____ |
|---|---|---|
| | Name | |

---

**Part 11:**  **Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | $_____ |
| Name | | | |
| Street | | | |
| City          State          ZIP Code | | | |

---

**Part 12:**  **Details About Environmental Information**

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | ☐ Pending |
| Case number | Name | | ☐ On appeal |
| | Street | | ☐ Concluded |
| | City          State          ZIP Code | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | _____ |
| Name | Name | | |
| Street | Street | | |
| City          State          ZIP Code | City          State          ZIP Code | | |

---

Debtor   <u>Permian Basin Railways, Inc.</u>                              Case number (if known)_____
         Name

---

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | _____ |
| Name | Name | | |
| Street | Street | | |
| City        State      ZIP Code | City        State      ZIP Code | | |

---

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | Mt. Hood Railroad Company<br>Name<br>110 RAILROAD AVE.<br>Street<br><br>HOOD RIVER, OR 97031<br>City        State      ZIP Code | Railroad | EIN: 93 __ – 0952507 __ __ __ __<br><br>**Dates business existed**<br><br>From 3/23/1987  To _present_ |
| 25.2. | Chicago Terminal Railroad C<br>Name<br>1 PARKER PLACE,<br>Street<br>SUITE 112<br>JANESVILLE, WI 53545<br>City        State      ZIP Code | Railroad | EIN: 20 __ – 4953021 __ __ __ __<br><br>**Dates business existed**<br><br>From 6/6/2006  To _present_ |
| 25.3. | San Luis & Rio Grande Railroad, Inc.<br>Name<br>10 South LaSalle Street<br>Street<br>Suite 3300<br>Chicago, IL 60603<br>City        State      ZIP Code | Railroad | EIN: 45 __ – 0506498 __ __ __ __<br><br>**Dates business existed**<br><br>From 2/25/2003  To _present_ |

---

| Debtor | Permian Basin Railways, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

---

### 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| **26a.1.** CBIZ MHM, LLC - Chicago, David Barrash<br>Name<br>225 West Wacker Drive<br>Street<br>Suite 2500<br>Chicago, IL 60606<br>City                State        ZIP Code | From _____ To _____ |
| **26a.2.** Novo Advisors / Sandeep Gupta<br>Name<br>401 N Franklin St.<br>Street<br>Suite 4 East<br>Chicago, Illinois  60654<br>City                State        ZIP Code | From _____ To _____ |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| **26b.1.** CBIZ MHM, LLC - Chicago, David Barrash<br>Name<br>225 West Wacker Drive  Suite 2500<br>Street<br><br>Chicago, IL 60606<br>City                State        ZIP Code | From _____ To _____ |
| **26b.2.** Novo Advisors / Sandeep Gupta<br>Name<br>401 N Franklin St.  Suite 4 East<br>Street<br><br>Chicago, Illinois  60654<br>City                State        ZIP Code | From _____ To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| **26c.1.** CBIZ MHM, LLC - Chicago, David Barrash<br>Name<br>225 West Wacker Drive  Suite 2500<br>Street<br><br>Chicago, Illinois  60606<br>City                State        ZIP Code | _____<br>_____<br>_____ |

Debtor    __Permian Basin Railways, Inc.__    Case number *(if known)*_____
　　　　　　　Name

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.2.　Novo Advisors / Sandeep Gupta<br>　　　　Name<br>　　　　401 N Franklin St.  Suite 4 East<br>　　　　Street<br>　　　　Chicago, Illinois  60654<br>　　　　City　　　　　　　State　　　ZIP Code | _____<br>_____<br>_____ |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.　Big Shoulders Capital, LLC<br>　　　　Name<br>　　　　105 Revere Drive, Suite D<br>　　　　Street<br>　　　　Northbrook, IL 60062<br>　　　　City　　　　　　　State　　　ZIP Code |

| Name and address |
|---|
| 26d.2.　Sandton Rail Company, LLC<br>　　　　Name<br>　　　　16 West 46th Street<br>　　　　Street<br>　　　　11th Floor<br>　　　　New York, NY 10036<br>　　　　City　　　　　　　State　　　ZIP Code |

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|
| 27.1.　_____<br>　　　　Name<br>　　　　_____<br>　　　　Street<br>　　　　_____<br>　　　　City　　　　　　　State　　　ZIP Code |

Debtor    <u>Permian Basin Railways, Inc.</u>
Name

Case number (if known)_____

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|

27.2.
_____
Name

_____
Street

_____
City                    State        ZIP Code

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Ed Ellis | 317 S. Catherine Ave., La Grange, IL 60525 | Director | _____ |
| Iowa Pacific Holdings, LLC | 1 Parker Place, Suite 112  Janesville, WI 53545 | Controlling Sharholder | 100% |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. _____ Name | _____ | _____ | _____ |
| _____ Street | | _____ | |
| _____ City          State      ZIP Code | | _____ | |
| Relationship to debtor | | _____ | |

| Debtor | Permian Basin Railways, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

|  | Name and address of recipient |
|---|---|
| 30.2 | Name _____ |
| | Street _____ |
| | _____ |
| | City _____ State _____ ZIP Code _____ |
| | Relationship to debtor |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No
☑ Yes. Identify below.

| Name of the parent corporation | Employer identification number of the parent corporation |
|---|---|
| Iowa Pacific Holdings, LLC | EIN: 36 __ – 4429361 __ __ __ __ |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer identification number of the pension fund |
|---|---|
| _____ | EIN: __ – |

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  03/15/2021
              MM / DD  / YYYY

✗ _____        Printed name  Edwin Ellis
Signature of individual signing on behalf of the debtor

Position or relationship to debtor  Director _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☐ No
☑ Yes

**OFFICIAL FORM 207 – STATEMENT OF FINANCIAL AFFAIRS FOR
NON-INDIVIDUALS FILING FOR BANKRUPTCY**

## PART 3, SECTION 7 CONTINUATION

|      | Case title | Nature of case | Court or agency's name and address | Status of case |
|------|-----------|----------------|-----------------------------------|----------------|
| 7.3  | In re Saratoga and North Creek Railway, LLC<br>**Case number:**<br>20-12313-TBM | Chapter11 | United States Bankruptcy Court for the District of Colorado<br>721 19th Street<br>Denver, CO 80202 | Pending |
| 7.4  | In re Hertitage Rail Leasing, LLC<br>**Case number:**<br>20-15606 | Chapter 11 | United States Bankruptcy Court for the District of Colorado<br>721 19th Street<br>Denver, CO 80202 | Pending |
| 7.5  | Independent Locomotive Leasing, LLC v. Permian Basin Railways, Inc.<br>**Case number:**<br>18-cv-07295 | Contract | United States District Court for the Northern District of Illinois<br>Dirksen Federal Bldg<br>219 S Dearborn Street<br>Chicago, IL 60604 | Pending |

## PART 13, SECTION 25 CONTINUATION

|      | Business name and address | Describe nature of business | Employer Identification Number | Dates business existed |
|------|---------------------------|----------------------------|-------------------------------|------------------------|
| 25.4 | Austin & Northwestern Railroad Company, Inc. d/b/a Texas-New Mexico Railroad<br>109 E. Texas Ave<br>Eunice, NM 88231 | Railroad | 47-4015820 | Closed in 7/2015 |
| 25.5 | Piedmont Railway, LLC<br>118 S. Clinton St.<br>Suite 400<br>Chicago, IL 60661 | Railroad | 61-1767144 | 4/29/2015 – 10/11/2019 |
| 25.6 | Santa Cruz and Monterey Bay Railway Company<br>118 S. Clinton St.<br>Suite 400<br>Chicago, IL 60661 | Railroad | 46-0628871 | 6/15/2012 – 6/24/2020 |
| 25.7 | West Texas and Lubbock Railroad Company, Inc.<br>118 S. Clinton St.<br>Suite 400<br>Chicago, IL 60661 | Railroad | 71-0886881 | Closed in 7/2015 |

## PART 13, SECTION 26 CONTINUATION

| **Name and address** | **Dates of Service From** | **Date of Service To** |
|---|---|---|
| 26a.3  Howard Clark<br>2127 Williamsburg Ave.<br>Geneva, IL 60134 | | |
| 26a.4  Edwin E. Ellis<br>317 S. Catherine Ave.<br>La Grange, IL 60525 | | |
| 26a.5  Development Specialists, Inc.<br>Bill Brandt<br>10 South LaSalle Street, Suite 3300<br>Chicago, Illinois 60603 | | |
| 26b.3  Howard Clark<br>2127 Williamsburg Ave.<br>Geneva, IL 60134 | | |
| 26b.4  Edwin E. Ellis<br>317 S. Catherine Ave.<br>La Grange, IL 60525 | | |
| 26b.5  Development Specialists, Inc.<br>Bill Brandt<br>10 South LaSalle Street, Suite 3300<br>Chicago, Illinois 60603 | | |

| **Name and address** | **If any books of account and records are unavailable, explain why** |
|---|---|
| 26c.3  Edwin E. Ellis<br>317 S. Catherine Ave.<br>La Grange, IL 60525 | |
| 26c.4  Development Specialists, Inc.<br>Bill Brandt<br>10 South LaSalle Street, Suite 3300<br>Chicago, Illinois 60603 | |

| **Name and address** | |
|---|---|
| 26d.3  Novo Advisors / Sandeep Gupta<br>401 N Franklin St.  Suite 4 East<br>Chicago, IL  60654 | |
| 26d.4  Andrew Lapp<br>Executive Director - Commercial Banking<br>JPMorgan Chase Bank<br>10 S. Dearborn, 16th Fl.<br>Chicago, IL 60603-2003 | |

26d.5   Chuck Doyle
        Business Capital (BizCap)
        311 California Street, Suite 650
        San Francisco, CA 9410



175 W. Jackson Blvd.
Suite 950
Chicago, IL 60604
T 312.364.2500
F 312.364.1003
www.lgcounsel.com

**Gerald Haberkorn**
T: 312.456. 2701
E: ghaberkorn@lgcounsel.com

January 14, 2021

**Via Email:**
Permian Basin Railways, Inc.
Attn: Edwin E. Ellis, President
1 Parker Place, Suite 112
Janesville, WI 53545
ed@ellis.global

**Re: Chapter 7 Bankruptcy Case**

Dear Mr. Ellis,

Thank you for retaining L&G Law Group LLP ("**L&G**") to represent Permian Basin Railways, Inc. ("**Permian**" or the "**Debtor**") for the filing of a chapter 7 bankruptcy case (the "**Chapter 7 Case**") on behalf of Permian.  The purpose of this letter is to describe the basis on which our firm will provide legal services to Permian.

Permian will pay L&G the sum of $12,500 as an advance payment retainer for this engagement. The advance payment retainer will be deposited into L&G's business account (rather than a trust account), and will become the property of L&G upon payment.  An advance payment retainer (rather than a security retainer) is necessary to accomplish Permian's purposes in this matter due to Permian's impending bankruptcy, and because of the need to keep such funds out of the reach of creditors who might otherwise be able to seize assets of Permian.  L&G would not be willing to represent Permian in this matter without receiving an advance payment retainer because a traditional security retainer might be subject to attachment by a creditor or turnover to a trustee.  Permian and L&G agree that the advance payment retainer will be used only for fees and expenses incurred after receipt by L&G of such payment, and not on account of any antecedent debt owed to L&G.

In addition, Permian will pay L&G the $338 filing fee required by the bankruptcy court to file the Chapter 7 case.

L&G will perform the following services for Permian in connection with the Chapter 7 Case:

- Preparation and filing of required petitions, schedules, statement of financial affairs, and lists;
- Representation of the debtors at the meeting of creditors, and any adjourned hearings thereof.

Permian Basin Railways, Inc.
January 14, 2021
Page **2** of **2**

The following tasks are not included in this engagement

- Adversary proceedings;
- Motions to dismiss or to convert the Chapter 7 Case to another chapter under the Bankruptcy Code or representation of the Debtor in such a converted case;
- Motions to transfer or disputes over venue of the Chapter 7 Case;
- Redemption proceedings;
- Abandonment proceedings.

As we have discussed, L&G currently represents certain affiliates of Permian, including its parent company, Iowa Pacific Holdings, LLC, and other affiliates in certain matters. The financial affairs among these companies may include intercompany claims between affiliates who are both clients of L&G. At this time, we do not believe that the representation of Permian in the Chapter 7 Case will be directly adverse to another client, and we believe that L&G will be able to provide competent and diligent representation to each affected client. By signing this engagement agreement, Permian gives its informed consent to L&G's concurrent representation of Permian's affiliates.

Our fees for this engagement will be based upon the hourly billing rates in effect at the time of service for each attorney and paralegal who devotes time to your matter. The L&G attorneys who will work on this case include primarily Gerald Haberkorn and Lars Peterson, whose respective billing rates are $550 and $425 per hour. The paralegal billing rate for L&G is $150 per hour. Where appropriate, L&G will use the services of other attorneys, paralegals, and other L&G personnel to represent Permian's interests efficiently and effectively. We record our time in units of one-tenth of an hour.

We will do our utmost to serve you effectively, and will represent your interests vigorously and efficiently.

Please let us know if you have any questions. If the terms described above are satisfactory, please so indicate by signing in the space provided below. We look forward to working with you in this engagement and to developing a mutually satisfactory relationship.

Very truly yours,
**LOWIS & GELLEN LLP**

Gerald Haberkorn

Agreed:  **PERMIAN BASIN RAILWAYS, INC.**

**By:** _____ **Date: January 14, 2021.**
**Name: Edwin E. Ellis**
**Title: President**

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court

Northern _____ District Of _____ Illinois _____

**In re**    Permian Basin Railways, Inc.

Case No. _____

**Debtor**                                                Chapter _____ 7 _____

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above
     named debtor(s) and that compensation paid to me within one year before the filing of the petition in
     bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in
     contemplation of or in connection with the bankruptcy case is as follows:

     For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____ 12,500 _____

     Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . . $ _____ 12,500 _____

     Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____ 0 _____

2.   The source of the compensation paid to me was:

     ☐ Debtor            ☒ Other (specify)    Ed Ellis

3.   The source of compensation to be paid to me is:  N/A

     ☐ Debtor            ☐ Other (specify)

4.   ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are
       members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not
       members or associates of my law firm. A copy of the agreement, together with a list of the names of the
       people sharing in the compensation, is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy
     case, including:

     a.   Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to
          file a petition in bankruptcy;

     b.   Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

     c.   Representation of the debtor at the meeting of creditors ~~and confirmation hearing~~, and any adjourned
          hearings thereof;

B2030 (Form 2030) (12/15)

d. ~~Representation of the debtor in adversary proceedings and other contested bankruptcy matters;~~

e. ~~[Other provisions as needed]~~

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following services:

- Adversary proceedings;
- Motions to dismiss or to convert the Chapter 7 Case to another chapter under the Bankruptcy Code or representation of the Debtor in such a converted case;
- Motions to transfer or disputes over venue of the Chapter 7 Case;
- Redemption proceedings;
- Abandonment proceedings.

---

CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

<u> March 15, 2021 </u>         <u>/s/ Lars A. Peterson           </u>
*Date*                         *Signature of Attorney*

                         <u>L&G Law Group LLP          </u>
                              *Name of law firm*

## UNANIMOUS WRITTEN CONSENT OF
## THE DIRECTORS OF
## PERMIAN BASIN RAILWAYS, INC.

The undersigned, being the sole director (the "Director") of PERMIAN BASIN RAILWAYS, INC., an Illinois corporation (the "Company"), hereby consents in writing to the following actions in lieu of holding a meeting of the Board of Directors and waives any and all notice whatsoever required:

**WHEREAS**, the Company is indebted to various persons and is unable to pay its debts in full as they become due and payable and desires to make arrangements for payment of its debts; and

**WHEREAS**, post-judgment enforcement proceedings are pending against the Company in the matter of *Independent Locomotive Leasing, LLC v. Permian Basin Railways, Inc.*, (N.D. Ill., Case No. 18-cv-07295);

**WHEREAS**, the Director has received, reviewed and considered various documents and information and has had the advice of counsel concerning various options available to the Company; and

**WHEREAS**, in the judgment of the Director, it is desirable and in the best interests of the Company, its creditors, its shareholders, and other interested parties for the Company to commence bankruptcy proceedings as a debtor under chapter 7 of the United States Bankruptcy Code;

**NOW, THEREFORE, BE IT RESOLVED**, that the Company retain the law firm of L&G Law Group LLP ("L&G") to institute proceedings on behalf of the Company in the United States Bankruptcy Court (the "Bankruptcy Court") as a debtor under chapter 7 of the United States Bankruptcy Code (the "Chapter 7 Case"), and that an advance payment retainer in the amount of $12,500, plus costs of $338, be paid to L&G in connection with the Chapter 7 Case; and

**FURTHER RESOLVED**, that Edwin E. Ellis, (the "Authorized Officer") is authorized and empowered to execute, verify and file on behalf of the Company all petitions, schedules, lists, and other papers or documents, to participate as the Company's representative at any meeting of creditors, to execute and ratify appropriate retention agreements with L&G, and to

take and perform any and all further actions and steps that the Authorized Officer deems necessary, desirable and proper in connection with the Chapter 7 Case, with a view to successfully prosecuting such case; and it is

**FURTHER RESOLVED**, that, subject to the foregoing resolutions, the Authorized Officer is authorized and empowered to take on behalf of the Company any and all actions, to execute, deliver, certify, file or record and perform any and all documents, agreements, instruments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities or certificates and to take any and all actions and steps deemed by the Authorized Officer to be necessary or desirable to carry out the purpose and intent of each of the foregoing resolutions and to effectuate a successful Chapter 7 Case; and it is

**FURTHER RESOLVED**, that any and all actions heretofore taken by the officers of the Company, the Authorized Officer, or the Director, in the name and on behalf of the Company in furtherance of the purpose and intent of any or all of the foregoing resolutions are hereby ratified, confirmed, and approved in all respects.

Dated as of this 15th day of March, 2021.

_____
Edwin E. Ellis

Being the sole Director of
PERMIAN BASIN RAILWAYS, INC.

Alex Smith
1203 Ronald Drive
Anderson, IN 46013

Arizona Department of Revenue
1600 West Monroe Street
Phoenix, AZ 85007

ASCAP
21678 Network Place
Chicago, IL 60673-1216

Bandt Communications Inc.
1346 Excalibur Drive
Janesville, WI 53546

Big Shoulders Capital LLC
105 Revere Drive, Suite D
Northbrook, IL 60062

Bill Clark Truck Line, Inc.
311 6th Street
Alamosa, CO 81101

Canadian National
935 de La Gauchetière Street West
Montreal, Quebec, Canada H3B 2M9

Cape Rail, Inc.
12 HARDING ST
SUITE 201-202
LAKEVILLE, MA 02347

Central Washington Railroad Company
111 University Parkway
Suite 200
Yakima, WA 98901

CenturyLink
100 Centurylink Drive
Monroe, LA 71203

Chicago Terminal Railroad Company
1 PARKER PLACE, SUITE 112
JANESVILLE, WI 53545

Coastal Chemical Co. LLC
5300 Memorial Drive
Suite 1020
Houston, TX 77007

Cox Media Group Tulsa
11811 E 51st Street South
Tulsa, OK 07146

Creative Colors International
3020-i Prosperity Church Rd.
Suite 155
Charlotte, NC 28269

CT Corporation
301 S BEDFORD ST
SUITE 1
Madison, WI 53703

David M. Unseth
Bryan Cave Leighton Paisner LLP
211 North Broadway Street
Suite 3600
St. Louis, MO 63102-2726

Department of Labor and Employment
633 17Th Street
Suite 500
Denver, CO 80202-3660

DOT/FRA
100 New Jersey Avenue, S.E.
Washington, D.C. 20590

Ed Ellis
317 S. CATHERINE AVE.
LA GRANGE, IL 60525

Eric Prezant
Bryan Cave Leighton Paisner LLP
161 North Clark Street
Suite 4300
Chicago, IL 60601-3315

FDGL
5565 Glenridge Connector NE
Suite 2000
Atlanta, GA 30342

Foster Printing Service, Inc
4295 Ohio Street
Michigan City, IN 46360

Gregory, Stephen
800 Pearl Street, Apt. 1204
Denver, CO 80208

Heritage Rail Leasing, LLC
1 PARKER PLACE, SUITE 112
JANESVILLE, WI 53545

Hoosier State Train, LLC
118 SOUTH CLINTON ST
SUITE 400
CHICAGO, IL 60661

Hugh Michael McConville
9436 N Tolles Road
Evansville, WI 53536

Idea Marketing Group, Inc.
1939 S Bridge Street
Yorkville, IL 60560

Independent Locomotive Leasing, LLC
225 W. Washington St., Suite 2200
Chicago, IL 60606

Internal Revenue Service
Centralized Insolvency Operation
Box 7346
Philadelphia, PA 19101-7346

Iowa Pacific Holdings, LLC
1 PARKER PLACE, SUITE 112
JANESVILLE, WI 53545

Isla Largo, LLC
118 SOUTH CLINTON ST
SUITE 400
CHICAGO, IL 60661

J.J. Keller & Associates, Inc.
3003 Breezewood Lane
Neenah, WI 54956

JMA Rail Products Co.
835 East 10th Street
Seymour, IN 47274

Key Tours International
11096 LEE HWY
SUITE B104
FAIRFAX VA 22030

L&G Law Group LLP
175 W. Jackson Blvd., Ste. 950
Chicago, IL 60604

Lars A. Peterson
L&G Law Group LLP
175 W. Jackson Blvd.
Suite 950
Chicago, IL 60604

Law Office of Richard M. Kates
111 West Washington Street
Suite 1900
Chicago, IL 60602

Liberty Oil Company. LLC
301 North Woody Guthrie Street
Okemah, OK 74859

Lou Hammond & Associates
145 King Street
Charleston, SC 29401

Lubbock & Western Railway, LLC
103 North Steck Avenue
Wolfforth, TX 79382

M Bar D. LLC
131 S. Dearborn
6th Floor
Chicago, IL 60603

Mt. Hood Railroad Company
110 RAILROAD AVE.
HOOD RIVER, OR 97031

Nations Fund I, LLC
501 Merritt 7
Norwalk, CT 06851

New Mexico Taxation & Revenue Dept.
1100 South St. Francis Drive
Santa Fe, NM 87504

Norfolk Southern Corporation
Attn: Tom Washbon
4600 Deer Path Road
Harrisburg, PA 17110

Pan American Railway Co
5718 Westheimer
Suite 800
Houston, TX 77057

Piedmont Railway, LLC
118 S. CLINTON ST.
SUITE 400
CHICAGO, IL 60661

Port Containers
1725 DeSales Street, NW
Suite 650
Washington, D.C. 20036

Power Rail Distribution
205 Clark Road
Duryea, PA 18642

PSE, Inc
P.O. Box 659
212 East Sixth Street
Tulsa, OK 74119

Publication Design, Inc.
3798 Marshall St.
Suite 1A
Wheat Ridge, CO 80033

Pueblo County Treasurer
215 West 10Th Street
Room 110
Pueblo, CO 81003-2968

R. B. Hornberger Co Inc
3900 24Th Ave Bay 2
Forest Grove, OR 97116

Rail Term Corp
10765 Cote de Liesse
Suite 201
Dorval, Quebec, Canada H9P 2R9

Ronald S. Beacher
Pryor Cashman LLP
7 Times Square
New York, NY 10036-6569

Rusk, Palestine & Pacific Railroad, Inc.
1 PARKER PLACE, SUITE 112
JANESVILLE, WI 53545

San Luis & Rio Grande Railroad, Inc.
10 South LaSalle Street
Suite 3300
Chicago, IL 60603

Sandton Rail Company, LLC
16 West 46th Street
11th Floor
New York, NY 10036

Santa Cruz and Monterey Bay
Railway Company
118 S. CLINTON ST., SUITE 400
CHICAGO, IL 60661

Saratoga and North Creek Railway,
LLC
118 S. CLINTON ST.
SUITE 400
CHICAGO, IL 60661

Stillwater Central Railroad, LLC
900 South Byers Avenue
Oklahoma City, OK 72129

T.G.Mercer Consulting Services
120 El Chico Trail
Willow Park, TX 76807

TAJ Company
601 Airport Blvd
Suite B
South San Francisco, CA 94080-4666

The Andersons, Inc.
1947 Briarfield Boulevard
Maumee, OH 43537

The Pullman Sleeping Car Company,
LLC
118 S. CLINTON ST., SUITE 400
CHICAGO, IL 60661

Trinity Rail Management, Inc.
2525 Stemmons Freeway
Dallas, TX 75207

Trumble Crane & Rigging
312 NE Loop
Lubbock, TX 79403

U.S. Railroad Retirement Board
844 N Rush Street
Chicago, IL 60611-2092

United Rail Contracting, Inc.
3713 Chippewa Trail
Billings, MT 59106

United Rentals
100 First Stamford Place
Stamford, CT 06902

Watco Companies, Inc
315 West 3rd Street
Pittsburg, KS 66762

West Texas and Lubbock Railroad
Company, Inc.
118 S. CLINTON ST., SUITE 400
CHICAGO, IL 60661

Western Assoc of Travel Agencies
5933 NE Win Sivers Dr
Suite 202
Portland, OR 97220

WGN AM
303 East Wacker Drive
18th floor
Chicago, IL 60601

Wide Eye Productions
Robert Van Camp
301 North Main Street
22nd Floor, Suite 2207
Winston Salem, NC 27101

Winkler County
100 East Winkler Street
Kermit, TX 79745

Wisconsin Department Of Revenue
2135 Rimrock Rd.
Madison, WI 53713

Yellow Pages United
115 Penman Road
Neptune Beach, FL 32266

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

|  |  |  |
|---|---|---|
| In re Permian Basin Railways, Inc. | ) | Case No. _____ |
|  | ) |  |
|  | ) | Chapter 7 |
| Debtor | ) |  |
|  | ) |  |

### DEBTOR'S CORPORATE OWNERSHIP STATEMENT
### PURSUANT TO FED. R. BANKR. P. 1007(a)(1)

Permian Basin Railways, Inc. ("Debtor"), by and through its undersigned counsel, hereby submits this statement pursuant to Fed. R. Bankr. P. 1007(a)(1).

Debtor is a privately held Illinois corporation, wholly owned by Iowa Pacific Holdings, LLC, an Illinois limited liability company.  No corporation owns 10% or more of any class of equity interests in Iowa Pacific Holdings, LLC.

PERMIAN BASIN RAILWAYS, INC.

By:   /s/ Lars A. Peterson_____
One of Its Attorneys

L&G Law Group LLP
Lars A. Peterson
175 W. Jackson Blvd., Ste. 950
Chicago, Illinois 60604
Phone: (312) 364-2500
Fax: (312) 364-1003
lpeterson@lgcounsel.com

*Attorney for Permian Basin Railways, Inc.*